## Sam Kanter, Plaintiff-Appellant, v. William O'Hara, Defendant-Appellee.

### Gen. No. 9,770.

L. Allan Watt, Edward J. Flynn, and Harry G. Story, for appellant; Vaught, Robinson & Foreman, and Hutchens & Mann, for appellee. Opinion by JUSTICE WHEAT. **Not to be published in full.** Opinion filed May 31, 1951; released for publication June 26, 1951.